**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Spartan Composites LLC, | No. CV-21-01022-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Aaron Allen, et al., | |
| Defendants. | |

Pending before the Court is the parties' stipulation for a protective order (Doc. 34).

The stipulation will be denied without prejudice for failure to adhere to the Court's June 16, 2021 "Preliminary Order," which states:

> The Court's standard protective order is available on the Judges' Orders, Forms & Procedures page on the Court's internet site. If the parties agree that discoverable materials should be kept confidential, they may file a stipulation requesting that the Court issue its standard protective order. If the parties wish to propose additional provisions, they may request and stipulate to the additional proposed language, subject to the Court's review. *In that case, all language added to the standard order by the parties should be redlined into a Word document using "tracked changes," and the parties' Word document with the tracked changes must be emailed to chambers*.

(Doc. 7 at 4-5 [emphasis added].)

The Court prefers that the parties stipulate to its standard protective order. It is not a good use of judicial resources to examine attorney-drafted protective orders to determine whether they conform with the federal and local rules and this Court's

procedures.  Generally, the Court's standard order should suffice.

The parties may file a stipulated request that the Court issue its standard protective order.  There is no need to submit a proposed order when stipulating to issuance of the Court's standard protective order.

If the parties feel it is necessary to deviate from the Court's standard protective order, they may file a detailed motion that identifies every instance where the parties' order deviates from the Court's standard order and explains, with specificity, why each deviation is necessary.  Furthermore, the parties must attach a redlined draft with "tracked changes" demonstrating how the parties' proposed protective order differs from the Court's standard order.  A motion proposing an attorney-drafted protective order created from scratch—as opposed to an amended version of the Court's standard protective order—will be denied.

Accordingly,

**IT IS ORDERED** that the parties' stipulation for a protective order (Doc. 34) is **denied without prejudice**.

Dated this 13th day of January, 2022.

Dominic W. Lanza
United States District Judge